# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139502 & (16)

THOMAS M. FANNING, Personal
Representative of the ESTATE OF JEAN
KIRK FANNING, Deceased,
             Plaintiff-Appellee,

v

WILLIAM BEAUMONT HOSPITAL,
             Defendant-Appellant.

SC: 139502
COA: 290721
Oakland CC: 2008-090281-NH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 7, 2009 order of the Court of Appeals is considered and, it appearing to this Court that the case of *Holman v Rasak* (Docket No. 137993) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case. We further ORDER that trial court proceedings are stayed pending the completion of this appeal.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2009

Clerk

d0922